STEPHEN C. JOHNSON, Appellant, *v.* THE NEW YORK, ONTARIO AND WESTERN RAILROAD COMPANY, Respondent.

(Argued October 7, 1884; decided October 21, 1884.)

*Samuel Hand* for appellant.

*N. C. Moak* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

In the Matter of the Claim of the Receiver of the GUARDIAN SAVINGS INSTITUTION, Respondent, *v.* SHEPHERD F. KNAPP, as Receiver of the Bowling Green Savings Bank, Appellant.

(Argued October 7, 1884; decided October 21, 1884.)

*William C. Trull* for appellant.

*James Thomson* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

THE PEOPLE, ex rel. THE BOARD OF SUPERVISORS OF CHENANGO COUNTY, Appellant, *v.* THE BOARD OF STATE ASSESSORS, Respondent.

(Argued October 7, 1884; decided October 21, 1884.)

*S. S. Morgan* for appellant.

*R. A. Stanton* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.